IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL SAUER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-1023-DII |
| JUDITH CONNER, | § § § | |
| Defendant. | § § | |

### ORDER

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning multiple motions to dismiss filed by the parties. (R. & R., Dkt. 56). The Court's Order dismissed with prejudice Defendant Judith Conner from this suit.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1