IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL SAUER, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:21-CV-1023-DII |
| JUDITH CONNER, | | |
| Defendant. | | |

## AMENDED FINAL JUDGMENT AND DISBURSEMENT ORDER

On November 12, 2021, Wagstaff & Cartmell LLP filed this interpleader action, (Dkt. 1), and on December 6, 2022, $15,450.44 was placed in the registry of the Court, (Dkt. 22). On February 27, 2024, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning multiple motions to dismiss filed by the parties, (R. & R., Dkt. 56). (Dkt. 59). The Court's Order dismissed with prejudice Defendant Judith Conner from this suit. (*Id.*). The Court hereby renders amended final judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that as soon as the business of the office allows, the United States District Court Clerk shall close the account invested in the Court Registry Investment System (CRIS) representing monies heretofore deposited under this cause number.

**IT IS FURTHER ORDERED** that the Clerk of the Court release said monies to the payee named below. All principal in the amount of $15,450.44, plus any interest accrued thereon, shall be paid and delivered to:

> DuBois, Bryant and Campbell, LLP, f/b/o Carol Sauer
> 303 Colorado Street, Suite 2300
> Austin, TX 78701

1

**IT IS FURTHER ORDERED** that the payee submit its tax identification number to the attention of the Clerk, United States District Court, Financial Department within ten (10) days from entry of this Order and before the check is released to the payee.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on March 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE